IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Southern Division

TAMRA PRAILOW                          :
4529 Dix Street, NE                    :
Washington, DC 20019                   :
                                       :
                                       :
                  Plaintiff,           :
                                       :    Case No.:
         v.                            :
                                       :
UNITED STATES OF AMERICA               :
                                       :
Serve on:                              :
Pamela Bondi, United States            :
Attorney General                       :
Office of the Attorney General         :
United States Department of Justice    :
950 Pennsylvania Avenue, N.W.          :
Washington, D.C. 20530                 :
                                       :
And                                    :
                                       :
Jeanine Ferris Pirro, United States Attorney :
for the District of Columbia           :
601 D. Street, NW                      :
Washington, DC 20004                   :
                                       :
                  Defendants           :

## COMPLAINT

Plaintiff, Tamra Prailow by her attorney, Richard L. Jaklitsch, of The Jaklitsch Law Group, hereby files suit against Defendant, United States of America, for reasons states as follows:

1.      Plaintiff, Tamra Prailow is a citizen of the State of Maryland, residing at 4529 Dix Street, NE, Washington, DC 20019.

2.      Defendant, United States of America, for the actions of its agents and employees of the United States Marshals Service, a federal governmental entity, is amenable to suit in this action pursuant to 28 U.S.C. §§ 1346(b) and 2672-2680, the Federal Tort Claims Act.

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

2

3.      Plaintiff has exhausted her statutory required administrative remedies, pursuant to 28 U.S.C. §§ 2672, 2675. Plaintiff filed her claim with the United States Postal Service on May 8, 2025, by filing a Standard Form 95 and cover letter.  Pursuant to 28 U.S.C. § 2675, Plaintiff's claim was deemed denied upon the United States Marshals Service failure to make a final disposition of the claim within six months of Plaintiff's filing.

COUNT I – NEGLIGENCE

4.      Plaintiff, Tamra Prailow re-alleges the facts and allegations set forth in paragraphs one (1) through three (3), and further states as follows:

5.      On or about February 5, 2025, Plaintiff, Tamra Prailow was operating her motor vehicle on New York Avenue, NW in Washington, D.C when she came to a stop for traffic ahead.

6.      At the same time and place, a vehicle driven by Matthew Nealon, who at all relevant times was the agent, servant and/or employee of the owner of the vehicle, United States Marshals Service, was traveling directly behind the Plaintiff's motor vehicle when he suddenly and without warning crashed into the rear of the Plaintiff's motor vehicle.

7.      The employee of the United States Marshals Service failed to pay full attention to the surrounding vehicles immediately prior to and at the time of the collision.

8.      The negligence of the employee and/or agent of the United States Marshals Service was the proximate cause of the accident in that the employee negligently failed to keep proper control of the vehicle, negligently failed to keep a proper lookout for other vehicles, negligently failed to yield the right of way, and was otherwise careless and negligent, thereby causing a collision with the Plaintiff's vehicle.

9.      As a result of the negligence of the employee of the United States of America

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
(301) 627-8700

3

Plaintiff did suffer great pain and injury, mental anguish, and has incurred medical expenses.

WHEREFORE, Plaintiff, Tamra Prailow, demands judgment against Defendant in the sum of One Hundred Fifty-Three Thousand, Six Hundred Sixty-Six Dollars and Seventeen Cents ($153,666.17)

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch
Bar No: 02361
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com
Attorney for Plaintiff                    /blg

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700